UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY ALAN PETERSEN, a/k/a Jeffrey Allen Petersen,

Defendant.

Case No. 25-CR-0379 (PJS/DLM)

ORDER

Benjamin Bejar, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Jordan S. Kushner, LAW OFFICE OF JORDAN S. KUSHNER, for defendant.

This matter is before the Court on defendant Jeffrey Petersen's objection to the April 13, 2026, Report and Recommendation ("R&R") of Magistrate Judge Douglas L. Micko. Judge Micko recommends denying Petersen's motion to dismiss the indictment. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). Based on that review, the Court overrules Petersen's objection, adopts the R&R, and denies Petersen's motion to dismiss.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 58] and ADOPTS the R&R [ECF

No. 53]. IT IS HEREBY ORDERED THAT defendant's motion to dismiss [ECF No. 30] is DENIED.

Dated: June 4, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court