UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 25-379 (PJS/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ALLEN PETERSEN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **GOVERNMENT'S TRIAL BRIEF** |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Assistant United States Attorneys Michael E. Blackburn and Albania Concepcion, hereby submits its Trial Brief in the above captioned case. The brief summarizes the charges, the facts the government expects to establish at trial, and the government's anticipated evidence. It also includes briefing on evidentiary issues not otherwise addressed in separately filed motions in limine.

## I. THE CHARGES

On January 21, 2026, a grand jury returned a twenty-count Superseding Indictment against the defendant, Jeffrey Allen Petersen.[1] (ECF No. 45.) Counts 1 through 8 charge Petersen with threatening to murder United States

[1] Petersen was initially charged by Indictment on October 7, 2025.

Judges while Counts 9 through 10 charge him with threatening to murder United States Officials, in violation of 18 U.S.C. § 115(a)(1)(B). Counts 11 through 20 charge Petersen with transmitting threats to injure the person of another in interstate commerce, in violation of 18 U.S.C. § 875(c). The case is set for a jury trial on Tuesday, October 13, 2026.

## II. BACKGROUND AND ANTICIPATED FACTS AT TRIAL

### A. Initial Report of Threatening Comments

On July 15, 2025, the United States Marshals Service for the District of Maryland (USMS-MD) received a report from their Judicial Security Division Open-Source Intelligence Unit regarding threatening comments posted to an article on the website "lawandcrime.com" referencing a federal District Judge in the District of Maryland. USMS reviewed the threatening comments posted to the lawandcrime.com article on the platform Disqus by user "Adam Lanza." The Case Agent will testify that "Adam Lanza" is the name of the person who committed the mass shooting of 26 people, 20 of whom were children between six and seven years old, at Sandy Hook Elementary School in Newtown, Connecticut, in 2012.

The first post stated in part, "GREAT NEWS: That POS District Judge [VICTIM 7] will soon be Deceased! . . . Wish me Luck!" (*See* Figure 3 below). The second post stated in part, "That POS District Judge, [VICTIM 7], will

soon be Deceased! Mark my words! And, thank ME afterwards!" (*See* Figure 4 below).




Figure 3




Figure 4

USMS-MD served an Emergency Disclosure Request to Disqus[2] for subscriber information for suspect user "Adam Lanza" and learned the Disqus account was registered on July 15, 2025, with email address "jeffpete2525@outlook.com" using Comcast IP address "73.164.38.175." On July 17, 2025, USMS-MD served Comcast with legal process for the suspect IP address (73.164.38.175). Comcast reported that the suspect IP address was assigned to subscriber "Jeffrey Petersen" with phone number "952-299-7011" and service address of 5537 Pompano Drive, Minnetonka MN 55343.

---

[2] Disqus is a moderated third-party application platform that facilitates commentary on articles posted on various media websites, including lawandcrime.com. To comment on the Disqus platform, a user must first register an account with Disqus.

### B. Discovering a Connected Investigation in New York

During the USMS-MD investigation, law enforcement learned that FBI-New York had also received a report concerning publicly viewed threatening comments posted on lawandcrime.com by user "Adam Lanza." The comments referenced a federal District Judge in the Eastern District of New York. The threatening comment stated in part, "The POS, Judge [VICTIM], will soon be Deceased! I GUARANTEE it! I know EXACTLY where, in New York, he lives! Be sure to send black floweres [sic] to his wake! And wish me Luck!" New York FBI Agents contacted USMS in the Eastern District of New York and learned that they had already identified Petersen, through legal process for subscriber information from Disqus as the person believed to be responsible for the threatening comments against the New York District Court Judge. USMS-MD contacted FBI-Minnesota given the geo-location of the suspect IP address.

### C. Further Investigation by FBI-Minnesota

On July 21, 2025, personnel from the online media magazine Newsweek.com (Newsweek) reported to the FBI via the National Threat Operation Center (NTOC)[3] that an online user "behring.a," with related email account "behring.a@aol.com" had used the IP address 73.164.38.175 to post

---

[3] The National Threat Operation Center is a central intake for all telephone and electronic tips from the public to the FBI, which is staffed by threat intake examiners who evaluate the information from those tips and calls and determine where to send the information received for further law enforcement action.

threatening comments against a United States (U.S.) District Judge and multiple members of Congress. The same IP address used to make the threatening posts abut the District Court Judge in Maryland, as described above. The "behring.a" user posted threatening comments in response to two articles on Newsweek's website. The reported comments referenced a U.S. District Judge from the District of Maine and at least five members of Congress.

In the first post, "behring.a" writes, that "POS [VICTIM], will soon be pushing up Daisies! I know Exactly where she lives in Maine! Wish me luck!" (*See* Figure 1 below). In the second post, "behring.a" writes in part, "Now I can use a, high-powered, firearm to take care of [VICTIM], [VICTIM], [VICTIM], [VICTIM], and the [VICTIM] members -- for starters! Wish me Luck!" (*See* Figure 2 below).




Figure 1




Figure 2

The threatening post above in Figure 2 references use of a "high-powered[] firearm" to "take care of," i.e., kill or seriously injure, multiple public official victims, and is made in response to an article discussing major changes to gun laws.

Law enforcement learned that the reported threatening comments were initially flagged by Newsweek's content moderation system, which is managed by the company Viafoura. Viafoura employees reviewed the posted comments, and finding them threatening, captured the comments and escalated them to Newsweek staff due to their violent nature. Viafoura's intervention prevented the threatening comments from publicly posting to Newsweek.com. After learning of the flagged threatening comments, Newsweek notified the FBI via NTOC because the threats were directed at multiple public officials and involved explicit references to firearms, in violation of Newsweek's terms-of-service policies prohibiting posts containing, among other things, threatening material.

Follow-up investigation revealed that the suspect IP address (73.164.38.175) was issued by Internet Service Provider (ISP) Comcast and geo-located to Minnesota. In response to legal process, Comcast provided the same data previously provided to USMS-MD. FBI-Minnesota reviewed Minnesota Driver Vehicle Services records for "Jeffrey Petersen" and located a MN Driver's License record for the defendant at the same address.

Also in response to legal process, Yahoo! LLC provided subscriber information for the suspect email address (behring.a@aol.com.). The dYahoo! LLC data return provided in part the following subscriber details:

| **Attribute:** | **Value:** |
|---|---|
| Other Identities | Behring.a |
| Mail Name | Behring.a@aol.com |
| Account Status | Active |
| Registration Date | 2025-07-05T00:37:57:000Z |
| Full Name | Anders Breivik Behring |
| Recovery Phones | +19526889875 Unverified |

Law enforcement recognized the name "Anders Behring Breivik" as the name of the perpetrator of the 2011 mass shooting at a summer camp in Norway, wherein Breivik killed 77 people in support of white supremacy. The listed recovery phone number (952-688-9875) also matched the number associated with Petersen's Minnesota probation records.[4]

[4] The United States does not intend to elicit any testimony regarding Petersen's prior convictions or probation in its case-in-chief. The United States provides this information for purposes of its Trial Brief.

### D. Discovering Additional Victims

On July 25, 2025, in response to legal process for subscriber data related to Disqus user "Adam Lanza" and all posted comments made with IP address 73.164.38.175, Disqus provided data for several user accounts, including "disqus_XMv0gsKU2D" and "disqus_UEY3LLsgzR."

Disqus subscriber documents showed comments threatening additional United States District Court Judges and members of Congress made by the same IP address of 73.164.38.175. The email addresses associated with each Disqus account were as follows:

| **Date of Post** | **Username** | **Account Email Address** |
|---|---|---|
| 07/15/25 | disqus_XMv0gsKU2D | jeffpete2525@outlook.com |
| 07/16/25 | disqus_UEY3LLsgzR | behring.a@aol.com |

Law enforcement recognized the email address "jeffpete2525@outlook.com" as the same subscriber email address provided to USMS-MD by Disqus. They also recognized the email address "behring.a@aol.com" as the same email associated with the account used to make the threatening posts on Newsweek.com.

One comment posted by user account disqus_D709LomdPA stated in part, "That POS Judge [VICTIM] MUST have her life ENDED Immediately!"

Another comment posted by the same user stated in part, "That POS, rigger, [VICTIM] will SOON be DEAD! Mark my words!"

A threatening comment posted by user jeffpete2525outlookcom stated, "That POS [VICTIM] will soon be Dead! I know EXACTLY where he lives in LA County! I'll be throwing a Huge party, afterward! ALL White Supremacists, in good standing, are invited!" An additional threatening comment posted by the same user stated in part, "I know where that POS [VICTIM] lives – and I GUARANTEE that she will soon be Dead – FINALLY!"

Two threatening comments posted by user disqus_UEY3LLsgzR stated, "GREAT NEWS: I intend to make CERTAIN that POS rigger, [VICTIM], recieves [sic] his (much Deserved) Execution! I know EXACTLY where he lives in Turnersville, NJ! Consider him Dead!" and "That POS woman Judge, [VICTIM], will SOON receive her, Much Deserved, Execution! I know where, in Portland, she lives! Consider her DEAD!"

All the threatening comments posted share very similar tone, tenor, language, and punctuation, in addition to the same IP address and email addresses, and all were posted in response to articles on the current administration and/or gun regulation.

Also in response to legal process served, law enforcement received data from Google detailing subscriber information for the suspect Google account "jeffpete100@gmail.com." The results provided in part as follows:

| | |
|---|---|
| Google Account ID: | 93297074318 |
| Name: | jeff petersen |
| Email: | jeffpete100@gmail.com |
| Created on: | 2020-04-30 |
| Recovery Email: | jeffpeterson@technologist.com |
| Recovery SMS: | +19522997011 |

Further in response to legal process, law enforcement obtained subscriber information for T-Mobile phone number 952-299-7011. Records showed Petersen as the subscriber.

**E. Search of Petersen's Home and Jail Call**

After learning that Petersen was the registered user for the accounts making the threatening posts on various platforms, law enforcement agents conducted surveillance of Petersen's registered address in Minnetonka, MN. They saw Petersen driving from the driveway area in his registered vehicle and collecting trash and recycling bins back towards the home. Law enforcement searched Petersen's home pursuant to a federally issued search

warrant and recovered several electronic devices, including cellphones and computers. All devices were forensically extracted by the FBI.[5]

One of the devices recovered from Petersen's home revealed that the email addresses "behring.a@aol.com," "jeffpete2525@outlook.com," and "jeffpete100@gmail.com" were all registered to and accessed from that device. So was the phone number "952-299-7011." Web search history from the device showed that it was used to Google "MN senators shot" on or about June 21, 2025. It was also used to Google "adam lanza," "anders brevik," and "james holmes" between on or about July 1, 2025 and July 21, 2025. Other search terms included, "sandy hook shooter name," "norwegian mass shooting 2011," "colorado theater shooter," and the names of several of the United States District Court Judges and Congress members involved in this case.

Petersen was arrested on the initial indictment in this case on October 9, 2025. In a recorded call while he was still incarcerated at the Dakota County Jail, Petersen makes several statements to his brother.[6] During the call, in response to being asked "what's going on," Petersen says, "I made a comment

---

5 The United States intends to call as a fact witnesses, fmr FBI SA Jenna Dorsey, the person who extracted cellular devices but who will not offer "opinions." Because Ms. Dorsey will not provide opinions, the United States does not intend to call her as "experts" as defined by Fed. R. Evid. 16(a)(1)(G)(iii) and did not provide notice of such.

6 This call is the subject of the United States' First Motion in Limine. A transcript of the entire calls will be provided to the Court as Exhibit M.

online . . . that's about a federal person." Later in the same call, in response to his brother saying, "I told you not to do that stuff," Petersen says, "I know I was an idiot. Stupid idiot." Later, in response to his brother saying, "I told you to be, you know . . . if you have . . . any thoughts just keep'em to yourself," Petersen says, "I know." Also in response to his brother saying, "I just don't get it, Jeff. I don't get it. I try to counsel you . . .," Petersen says, "I know, I know, I know."

## III. GOVERNMENT'S ANTICIPATED EVIDENCE

The Government's evidence at trial will broadly consist of the following:

### A. Testimony

- Testimony regarding the initial report of threatening comments against a District Court Judge from Maryland and how the investigation developed a suspect.
- Testimony from witnesses with knowledge from Disqus, Inc., Viafoura, Inc., and Newweek.com regarding the nature of their online platforms, their terms of service and community guidelines, what constitutes violation of those policies, the comment moderation and flagging process, and where data from those platforms stored.
- Testimony from the former FBI SA who extracted the devices seized from Petersen's home.
- Testimony from the lead FBI Case Agent regarding how she connected the three investigations, the steps she took to identify Petersen as the likely subject, the search of Petersen's home, and her review of Petersen's devices and jail call.

## B. Exhibits

- The articles under which each charged comment was submitted.
- Photos of each United States District Court Judge and Congress person who was the subject of a threatening comment.
- The Congressional Directory, 119th Congress, 2025-2026 published by the Government Publishing Office (GPO).
- Subscriber information for each of Petersen's user accounts on Disqus/lawandcrime.com and Newsweek.com.
- Subscriber information from Comcast Cable Communications, Inc., Yahoo!, Inc., T-Mobile, and Google, L.L.C.
- Certified copies of each of the charged comments as they appeared to the moderation entities Disqus, Inc. and Viafoura.
- A summary chart and summary timeline of the data returns received from Disqus, Inc./lawandcrime.com and Viafoura/Newsweek.com.
- Photos from the search of Petersen's home.
- Excerpts from the extraction completed on one of the computers seized from Petersen's home.
- Excerpts from the October 9, 2025 jail call Petersen placed to from the Dakota County Jail.
- Certificates of Authenticity for all business records, if necessary to lay foundation for admissibility of the records.
- Certified conviction and prison records, to impeach Petersen should he choose to testify.

### C. Transcripts

The United States intends to play a transcript alongside certain media exhibits that contain Petersen's statements, admissible under Fed. R. Evid. 801(d)(2)(a). It is well-established that the Court has wide discretion to allow the use of such transcripts to aid the jury in listening to recorded conversations. *See United States v. Frazier*, 280 F.3d 835, 849 (8th Cir. 2002) ("The decision to permit the use of transcripts to aid the jury in listening to tape-recorded conversations lies within the sound discretion of the district court."); *see also United States v. Wiggins*, 747 F.3d 959, 963 (8th Cir. 2014) (holding the district court did not abuse its discretion by permitting the government to use transcripts to aid the jury in understanding conversations, especially where the court issued a cautionary instruction that the recordings, and not the transcripts, were evidence).

The United States anticipates providing proposed transcripts to defense counsel in advance of trial with the goal of reaching agreement. *See United States v. Gonzalez*, 365 F.3d 656, 660 (8th Cir. 2004) ("[W]e believe that whenever the parties intend to introduce a transcript at trial, they should first try to produce an 'official' or 'stipulated' transcript, one which satisfies all sides" (internal quotation omitted)). In any event, the Government intends to

use the transcripts to aid the jury in considering witness testimony but does not intend to submit them for consideration during the jury's deliberations.

Dated: September 30, 2026

Respectfully submitted,
DANIEL N. ROSEN
UNITED STATES ATTORNEY

/s/ *Albania Concepcion*
BY: MICHAEL E. BLACKBURN
ALBANIA CONCEPCION
Assistant United States Attorneys
District of Minnesota