UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY ALAN PETERSEN,

Defendant.

Case No. 25-CR-0379 (PJS/DLM)

VERDICT FORM

**COUNT ONE**
**(Threatening to Murder a United States Judge)**

1. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder a United States judge, as charged in Count One of the indictment.

**COUNT TWO**
**(Threatening to Murder a United States Judge)**

2. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder a United States judge, as charged in Count Two of the indictment.

**COUNT THREE**
**(Threatening to Murder a United States Judge)**

3. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder a United States judge, as charged in Count Three of the indictment.

**COUNT FOUR**
**(Threatening to Murder a United States Judge)**

4. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder a United States judge, as charged in Count Four of the indictment.

**COUNT FIVE**
**(Threatening to Murder a United States Judge)**

5. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder a United States judge, as charged in Count Five of the indictment.

**COUNT SIX**
**(Threatening to Murder a United States Judge)**

6. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder a United States judge, as charged in Count Six of the indictment.

**COUNT SEVEN**
**(Threatening to Murder a United States Judge)**

7. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder a United States judge, as charged in Count Seven of the indictment.

**COUNT EIGHT**
**(Threatening to Murder a United States Judge)**

8. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder a United States judge, as charged in Count Eight of the indictment.

**COUNT NINE**
**(Threatening to Murder a United States Official)**

9. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder a United States official, as charged in Count Nine of the indictment.

**COUNT TEN**
**(Threatening to Murder United States Officials)**

10. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of threatening to murder United States officials, as charged in Count Ten of the indictment.

**COUNT ELEVEN**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

11. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Eleven of the indictment.

**COUNT TWELVE**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

12. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Twelve of the indictment.

**COUNT THIRTEEN**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

13. We, the jury, find the defendant, Jeffrey Alan Petersen Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Thirteen of the indictment.

**COUNT FOURTEEN**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

14. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Fourteen of the indictment.

**COUNT FIFTEEN**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

15. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Fifteen of the indictment.

**COUNT SIXTEEN**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

16. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Sixteen of the indictment.

**COUNT SEVENTEEN**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

17. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Seventeen of the indictment.

**COUNT EIGHTEEN**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

18. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Eighteen of the indictment.

**COUNT NINETEEN**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

19. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Nineteen of the indictment.

**COUNT TWENTY**
**(Interstate Transmission of a Threat to Injure the Person of Another)**

20. We, the jury, find the defendant, Jeffrey Alan Petersen, Guilty (*Guilty/Not Guilty*) of the crime of interstate transmission of a threat to injure the person of another, as charged in Count Twenty of the indictment.

Dated: October 15, 2026

Jury Foreperson